# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                    Case Number: 16-10518-RAM
Jose A Vazquez,                           Chapter 13
Debtor(s).                          /

### OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE

### IMPORTANT NOTICE TO CREDITORS:
### THIS IS AN OBJECTION TO YOUR CLAIM

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

If you disagree with the objection or the recommended treatment, you must file a written response **WITHIN 30 DAYS** from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee OR **YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 2.3 |
| **Claimant:** | **WORLD OMNI FINANCIAL CORP.** |
| **Reason:** | The creditor has returned funds. |
| **Disposition:** | Sustain Objection and disallow claim. |

 **I CERTIFY** that a true and correct copy of this Objection to Claim was served upon Counsel for the Debtor(s) and the parties listed below on __APRIL 2, 2018__ .

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/ _____
ADISLEY CORTEZ-RODRIGUEZ, ESQ.
FLORIDA BAR NO: 0091727

COPIES FURNISHED TO:

BY U.S. FIRST CLASS MAIL

World Omni Financial Corp.
c/o Christina V. Paradowski, Esq.
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301

WORLD OMNI FINANCIAL CORP.
C/O CT CORPORATION SYSTEM, REGISTERED AGENT
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

World Omni Financial Corp.
c/o Brown, Colin W., Director
100 Jim Moran Blvd.
Deerfield Beach, FL 33442



# SunTrust Lockbox Services

## Individual Batch Report

13DE Neidich, Nancy        2099    02/08/2018

Check No:  Acct No:  Amount:  Batch: 919 Transaction: 1 Image: 4

**WORLD OMNI**
FINANCIAL CORP.
P.O. Box 991817
Mobile, AL 36691-8817

World Omni Financial Corp.

(800) 686-3494

January 29, 2018

NANCY K NEIDICH
CHAPTER 13 TRUSTEE
PO BOX 279806
MIRAMAR, FL. 33027

RE:  Claim Number:    2 ON REGISTRY
     Date Filed: _____ 11/02/16
     Case Number:    16-10518

Dear Chapter 13 Trustee:

Be advised that our claim for the above referenced case number has been satisfied.

If you have any questions, please contact our office at  800-267-0855 ___   ext. 1057 ___

Sincerely,

*Rebecca Kittman*

Bankruptcy Department

F&L RCL087 (09/08)

001010000003124877



# SunTrust Lockbox Services

## Individual Batch Report

13DE Neidich, Nancy      2099      02/08/2018

---

Check No: 01555686  Acct No: 0101178227  Amount: $152.13  Batch: 919  Transaction: 1  Image: 1

THIS CHECK CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES

Bank of America
Customer Connection
Bank of America, N.A.
Dekalb County
Atlanta GA

**World Omni Financial Corp.**                    1555686
190 Jim Moran Blvd.
Deerfield Beach, FL 33442

DATE  01/23/18

Check Amount
$ 152.13

PAY  *One Hundred Fifty Two AND 13/100*

TO THE        NANCY K NEIDICH
ORDER        CH 13 TRUSTEE
OF             P O BOX 279806
                MIRAMAR, FL   33027

⑈01555686⑈ ⑆061112788⑆ 0101178227⑈      16-10518 CM#
                                                        25